UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>   v.<br><br>VINCENT Y. CHIN, et al.,<br><br>        Defendants. | Case No. 18-cv-05366-VC<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiff is ordered to show cause why this case should not be dismissed under Rule 41(b) for failure to prosecute. At yesterday's telephonic case management it became clear that the plaintiff simply filed this lawsuit in August 2018 and allowed it to sit on the docket, doing nothing to advance it, for roughly five months. A written response is due by March 5, 2019, at which point the matter will be deemed submitted unless the Court specifies otherwise.

      **IT IS SO ORDERED.**

Dated: February 20, 2019

VINCE CHHABRIA
United States District Judge